UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SOOK JA PAK,

                Petitioner,

   -against-

MICHAEL MUKASEY,
*Attorney General of the United States*;
U.S. CITIZENSHIP and IMMIGRATION
SERVICES,

                Respondents.
----------------------------------------------------------------X

JUDGMENT
08-CV-3721 (JG)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ DEC 2 2 2008 ★

P.M. _____
TIME A.M. _____

      An Order of Honorable John Gleeson, United States District Judge, having been filed on December 19, 2008, dismissing the case as moot; it is

      ORDERED and ADJUDGED that judgment is hereby entered dismissing the case as moot.

Dated: Brooklyn, New York
       December 22, 2008

ROBERT C. HEINEMANN
Clerk of Court

By s/Terry Vaughn
     Chief Deputy